## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **SERGIO FABIAN JAIMES-PENA,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *Field Office Director of Enforcement and* | § | |
| *Removal Operations, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement*; | § | |
| **WARDEN OF ERO EL PASO CAMP** | § | |
| **EAST MONTANA;** | § | |
| **TODD M. LYONS,** | § | **EP-26-CV-00069-DCG** |
| *in his official capacity as Acting Director,* | § | |
| *Immigration and Customs Enforcement,* | § | |
| *U.S. Department of Homeland Security*; | § | |
| **KRISTI NOEM,** | § | |
| *in her official capacity as Secretary,* | § | |
| *U.S. Department of Homeland Security*; **and** | § | |
| **PAMELA JO BONDI,** | § | |
| *in her official capacity as Attorney General* | § | |
| *of the United States*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

Pursuant to the parties' "Stipulation for Dismissal" (ECF No. 6), the Court **DISMISSES**

the above-captioned case **WITHOUT PREJUDICE**.

Each party shall bear its own costs and attorney's fees.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 14th day of April 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**